Filed & Entered
On Docket
July 16, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

In re:

    Bruce Alan Wolffing,                                           Chapter 7 Case
            Debtor.                                                      # 12-10168

_____

**Bruce Alan Wolffing and**
**Mary R. Wolffing,**
            Plaintiffs,
        v.                                                    Adversary Proceeding
**Decision One Mortgage Company, LLC,**                 # 12-1008
**Household Bank, FSB,**
**Mortgage Electronic Registration Systems, Inc.,**
**HSBC Mortgage Services, and**
**Household Finance Corporation II,**
            Defendants.

_____

*Appearances*:  Bruce Alan Wolffing and Mary R. Wolffing       Andre D. Bouffard, Esq.
                      Littleton, NH                                               Burlington, VT
                      The Plaintiffs Pro Se                             For the HFC II Defendants

### ORDER
**DENYING THE PLAINTIFFS' TRO MOTION, GRANTING THE HFC II DEFENDANTS' MOTION TO DISMISS THE ADVERSARY PROCEEDING, AND DENYING AS MOOT THE PLAINTIFFS' MOTION TO JOIN**

      For the reasons set forth in the memorandum of decision of even date, the Court denies the Plaintiffs' TRO motion (doc. # 14), grants the HFC II Defendants' motion to dismiss the instant adversary proceeding (doc. # 11), and denies as moot the Plaintiffs' motion to join (doc. # 15).

      SO ORDERED.

                                                                                        _____
July 16, 2012                                                                       Colleen A. Brown
Burlington, Vermont                                                   United States Bankruptcy Judge